**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01027-CR

**ANGELA KAY TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55645-Q**

## ORDER

The Court **GRANTS** appellant's February 20, 2014 motion to extend time to file her brief. We **ORDER** the appellant's brief received on February 20, 2014 filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE